UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BERNIECE A. BURSH, | |
| Plaintiff, | Case No. 5:19-cv-00196-OLG |
| v. | Honorable Judge Orlando L. Garcia |
| SECURITY SERVICE FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION LLC , | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

NOW COMES BERNIECE A. BURSH ("Plaintiff'), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a) (1)(A)(i), hereby voluntarily dismisses her claims against the Defendants, SECURITY SERVICE FEDERAL CREDIT UNION and EQUIFAX INFORMATION SERVICES, LLC, only, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: May 23, 2019

                                      Respectfully Submitted,

                                      /s/ Taxiarchis Hatzidimitriadis
                                      Taxiarchis Hatzidimitriadis, Esq. #6319225
                                      *Counsel for Plaintiff*
                                      Admitted in the Western District of Texas
                                      Sulaiman Law Group, Ltd.
                                      2500 S. Highland Avenue, Suite 200
                                      Lombard, IL 60148
                                      Phone (630) 581-5858
                                      Fax: (630)575-8188

thatz@sulaimanlaw.com

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on May 23, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

    /s/ Taxiarchis Hatzidimitriadis
    Taxiarchis Hatzidimitriadis