UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| BERNIECE A. BURSH,<br><br>    Plaintiff,<br><br>v.<br><br>SECURITY SERVICE FEDERAL CREDIT UNION, EQUIFAX INFORMATION SERVICES, LLC and TRANSUNION, LLC,<br><br>    Defendants. | Case No. 5:19-cv-00196-OLG |

## UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS

BERNIECE A. BURSH ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd., moves this Court to extend the deadline to file dismissal documents, and in support thereof, state as follows:

1. On August 19, 2019, Plaintiff and Trans Union LLC ("Defendant") reached settlement and notified this Honorable Court of this agreement [Dkt. No. 20].

2. On August 20, 2019, this Court pursuant to parties' settlement ordered both parties to file their dismissal documents by October 18, 2019.  [Dkt. No. 21].

3. Parties, however, remain in the process of meeting the conditions set forth in the settlement agreement and require an additional 30 days to complete this process.

4. Plaintiff's counsel conferred with Defendant's counsel about the relief sought in the foregoing motion and Defendant is unopposed to the filing of this motion.

WHEREFORE, Plaintiff respectfully requests the Court extend the deadline to file dismissal documents to November 18, 2019, and grant any other relief deemed appropriate and equitable.

Dated:  October 16, 2019

Respectfully submitted,

*/s/ Nathan C. Volheim*

Nathan C. Volheim
Sulaiman Law Group, Ltd.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181
nvolheim@sulaimanlaw.com
*Counsel for Berniece A. Bursh*

## CERTIFICATE OF SERVICE

I, Nathan C. Volheim, an attorney, hereby certify that on October 16, 2019, the foregoing **PLAINTIFF'S MOTION TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS** was filed with the Clerk of the Court of the United States District Court for the Western District of Texas by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Quilling, Selander, Lownds, Winslett & Moser, P.C.
Attn: Lauren Wood
lwood@qslwm.com

*/s/ Nathan C. Volheim*
Nathan C. Volheim